**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Adalid CASTELLANOS–MARTINEZ,
Defendant—Appellant.**

No. 03–10547.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2004.*

Decided July 20, 2004.

Michael T. Morrissey, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex Gonzalez, Gonzalez & Smith, Mesa, AZ, for Defendant–Appellant.

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

MEMORANDUM **

Adalid Castellanos–Martinez appeals his guilty-plea conviction and 55–month sentence for illegal re-entry after deportation, pursuant to 8 U.S.C. § 1326(a), enhanced by (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Castellanos–Martinez has filed a brief stating that there are no

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

grounds for relief, and a motion to withdraw as counsel of record. Castellanos–Martinez has not filed a pro se supplemental brief. The government has not filed a brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

